UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Heather L. Wallen,<br><br>Petitioner,<br><br>v.<br><br>William Reubart, *et al.*,<br><br>Respondents. | Case No. 2:24-cv-00717-MMD-DJA<br><br>ORDER |

Heather L. Wallen has submitted a *pro se* 28 U.S.C. § 2254 petition for writ of habeas corpus and an application to proceed *in forma pauperis* to this Court. (ECF Nos. 1, 1-1.) Based on the current information about Petitioner's financial status, including any additional information she may have provided, the Court finds that she is able to pay the full fee pursuant to 28 U.S.C. § 1915.

It is therefore ordered that Petitioner's motion for leave to proceed *in forma pauperis* without having to prepay the full filing fee (ECF No. 1) is denied. Petitioner has 30 days from the date this order is entered—no later than May 31, 2024—in which to have the $5.00 filing fee sent to the Clerk of Court. Failure to pay the filing fee within 30 days may result in the dismissal of this action without prejudice and without further prior notice. The Clerk is directed to retain the petition but not file it at this time.

DATED THIS 1st day of May 2024.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE