UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

Heather L. Wallen,

Petitioner,

v.

William Reubart, *et al.*,

Respondents.

Case No. 2:24-cv-00717-MMD-DJA

ORDER

On June 13, 2024, the Court directed *pro se* 28 U.S.C. § 2254 habeas corpus petitioner Heather L. Wallen to show cause as to why her petition should not be dismissed as unexhausted or why this action should be stayed. (ECF No. 5.) That order was served on Wallen at her address of record. (*Id.*) More than the allotted time has passed, and Wallen has not responded to the show-cause order or contacted the Court in any manner. The Court therefore dismisses the petition without prejudice.

It is ordered that the petition is dismissed without prejudice for failure to respond to the show-cause order.

The Clerk of Court is directed to enter judgment accordingly and close this case.

DATED THIS 6th day of August 2024.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE